# Notice Recipients

District/Off: 1084–1  User: margo  Date Created: 9/29/2015
Case: 15–12570–t7  Form ID: b9a  Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Felicia M. Lujan | P.O. Box 2775 | Espanola, NM 87532 | | |
| ust | United States Trustee | PO Box 608 | Albuquerque, NM 87103–0608 | | |
| tr | Yvette J. Gonzales | Trustee | PO Box 1037 | Placitas, NM 87043–1037 | |
| nfs | Pablo E Lujan | P.O. Box 2558 | Espanola, NM 87532 | | |
| aty | Daniel J Behles | Moore, Berkson, Bassan & Behles P.C. | 3800 Osuna Rd NE, STE #2 | Albuquerque, NM 87109 | |
| 3495731 | American Home | P.O. Box 659705 | San Antonio, TX 78265–9705 | | |
| 3495732 | Bank of America | P.O. Box 851001 | Dallas, TX 75265–1001 | | |
| 3495733 | Cardmember Service | P.O. Box 94014 | Palatine, IL 60094–4014 | | |
| 3495737 | Edward Siegel | 301 Johnson St. | Santa Fe, NM 87501–1828 | | |
| 3495734 | FIA Card Services | P.O. Box 851001 | Dallas, TX 75285–1001 | | |
| 3495735 | Linda Martinez–Palmer | 2011 Botulph Rd. Suite 200 | Santa Fe, NM 87505 | | |
| 3495728 | Los Alamos National Bank | 1200 Trinity | Los Alamos, NM 87544–3286 | | |
| 3495727 | Los Alamos National Bank | P.O. Box 60 | Los Alamos, NM 87544 | | |
| 3495795 | New Mexico Taxation & Revenue Department | PO Box 8575 | Albuquerque NM 87198–8575 | | |
| 3495736 | Pablo E. Lujan | P.O. Box 2558 | Espanola, NM 87532 | | |
| 3495729 | Sandia Area Credit Union | P.O. Box 18044 | Albuquerque, NM 87185 | | |
| 3495738 | Toyota Financial | P.O. Box 4102 | Carol Stream, IL 60197–4102 | | |
| 3495739 | Visa | P.O. Box 30131 | Tampa, FL 33630–3131 | | |
| 3495740 | Wells Fargo Financial | P.O. Box 660431 | Dallas, TX 75266–0431 | | |
| 3495730 | Wyndham Vacation Resorts | P.O. Box 96204 | Las Vegas, NV 89193 | | |

TOTAL: 20