# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
Felicia M. Lujan

                Debtor.                Case No.

## STATEMENT DISCLOSING
## NON-FILING SPOUSE, PURSUANT TO NM LBR 1002-1(a)(2)

Pursuant to New Mexico Local Bankruptcy Rule 1002-1(a)(2), I state that I have a non-filing spouse, whose name is Pablo E. Lujan. (My husband has filed a separate Chapter 7 bankruptcy)

To the best of my knowledge, information and belief, the **last four digits of my spouse's social security number:** are  SS# XXX-XX-8174

and my spouse's mailing address is    P.O. Box 2558
Espanola, NM 87532

I declare under penalty of perjury that the information provided herein is true and correct.

_____
Debtor's signature
Address:   County Rd. 131, House 37A
              El Duende, NM 87532
Telephone:
Fax:
Email: