B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re  **Felicia M. Lujan**  
                                        Debtor(s)

Case No. _____  
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Los Alamos National Bank | Home on one acre, 37A County rd. 131, El Duende, NM |

Property will be (check one):  
[✓] Surrendered        [ ] Retained

If retaining the property, I intend to (check at least one):  
[ ] Redeem the property  
[ ] Reaffirm the debt  
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
[ ] Claimed as Exempt        [✓] Not claimed as exempt

### Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Los Alamos National Bank | Home on one acre, 37A County rd. 131, El Duende, NM |

Property will be (check one):  
[✓] Surrendered        [ ] Retained

If retaining the property, I intend to (check at least one):  
[ ] Redeem the property  
[ ] Reaffirm the debt  
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
[ ] Claimed as Exempt        [✓] Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Sandia Area Credit Union | **Describe Property Securing Debt:**<br>2013 Acura MDX |

Property will be (check one):
   ☑ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Toyota Financial | **Describe Property Securing Debt:**<br>2014 Toyota Corolla (Leased) |

Property will be (check one):
   ☑ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Wyndham Vacation Resorts | **Describe Property Securing Debt:**<br>Wyndham vacation Timeshare, Las Vegas |

Property will be (check one):
   ☑ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ☑ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **September 27, 2015**       Signature   **/s/ Felicia M. Lujan**
                                              Felicia M. Lujan
                                              Debtor